JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN HERNANDEZ,

               Petitioner,

         v.

DANIEL PARAMO, Warden,

               Respondent.

Case No. CV 16-8350 CAS(JC)

~~(PROPOSED)~~

JUDGMENT

     Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

     IT IS SO ADJUDGED.

DATED: September 7, 2018

_____

HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE